**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. HUCHINS, et al.,<br><br>    Defendants.<br>_____ / | CASE NO.: 1:09-cv-00456-DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 1) |

Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on March 11, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendants J. Huchins, J. Reynoso, M. Hacker, R. Roberson, C. Munoz, D. Daley, P. Perez, Paz, C. Morse, Omos, and Clausings for cruel and unusual punishment in violation of the Eighth Amendment.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

      CHIEF DEPUTY WARDEN J. HUCHINS

      CAPTAIN J. REYNOSO

      LIEUTENANT M. HACKER

      LIEUTENANT R. ROBERSON

      SERGEANT C. MUNOZ

|   |   |
|---|---|
| 1 | CORRECTIONAL OFFICER D. DALEY |
| 2 | CORRECTIONAL OFFICER R. PEREZ |
| 3 | CORRECTIONAL OFFICER PAZ |
| 4 | CORRECTIONAL OFFICER C. MORSE |
| 5 | CORRECTIONAL OFFICER OMOS |
| 6 | CORRECTIONAL OFFICER CLAUSINGS |

2. The Clerk of the Court shall send Plaintiff eleven (11) USM-285 forms, eleven (11) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 11, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Twelve (12) copies of the endorsed complaint filed March 11, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **July 21, 2009**             **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE