IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>J. HUCHINS, et al.,<br><br>            Defendants.<br>_____/ | 1:09-cv-00456-DLB (PC)<br><br>ORDER GRANTING EX PARTE APPLICATION<br>TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADING<br><br>(Document #14)<br><br>30-DAY DEADLINE |

   On November 2, 2009, defendants C. Morse, Omos, J. Huchins, J. Reynoso, Clausings, M. Hacker, R. Roberson, C. Munoz, D. Daley, R. Perez, and Paz ("Defendants") filed an ex parte application to extend time to file an initial responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Defendants are granted thirty (30) days from the date of service of this order in which to file their initial responsive pleading.

   IT IS SO ORDERED.

   Dated:   **November 5, 2009**          _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE