# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HUCHINS, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:09-cv-00456-OWW-SMS PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL<br><br>(ECF Nos. 49, 50)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING THAT NON-OPPOSED MOTIONS BE GRANTED AND SANCTIONS IMPOSED<br><br>(ECF No. 59)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Huchins, Reynoso, Hacker, Roberson, Munoz, Daley, Perez, Paz, Morse, Omos, and Clausings for violations of the Eighth Amendment.

On January 24 and 27, 2011, and February 14 and 22, 2011, Plaintiff filed motions to compel. Defendants filed oppositions to the motions filed on February 14 and 22, 2011, however failed to file an opposition or a statement of non-opposition to the motions filed on January 14 and 27, 2011. Local Rule 230(l). Plaintiff filed a motion requesting that the non-opposed motions be granted and a request for sanctions on March 22, 2011. It appears that around the time these motions were filed there were changes in counsel and, since Defendants filed oppositions to two of Plaintiff's motions to compel, the failure to oppose or respond to the first two motions was an oversight. Therefore

1 | Plaintiff's motion to have the non-opposed motions granted shall be denied.
2 |    Accordingly, it is HEREBY ORDERED that:
3 |    1. Defendants shall file an opposition or a statement of non-opposition to Defendants'
4 |       motions to compel filed on January 24 and 27, 2011, within **thirty (30) days** from
5 |       the date of service of this order; and
6 |    2. Plaintiff's motion for requesting that non-opposed motions be granted and sanctions
7 |       imposed is DENIED, without prejudice.
8 |    IT IS SO ORDERED.
9 | **Dated:   April 26, 2011**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE