# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUCHINS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00456-OWW-SMS PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S SIXTH MOTION TO COMPEL<br><br>(ECF No. 54, 64, 65, 97, 99)<br><br>THIRTY DAY DEADLINE |

　　　Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Huchins, Reynoso, Hacker, Roberson, Munoz, Daley, Perez, Paz, Morse, Omos, and Clausings for violations of the Eighth Amendment.

　　　On March 3, 2011, Plaintiff filed an emergency motion to stay the briefing schedule or extension of thirty days to file an amended complaint.  On March 30, 2011, Plaintiff filed a motion for a sixty day extension of time to conduct discovery and declaration.  On April 1, 2011, Plaintiff filed a motion to file an amended complaint.  On June 6, 2011, Plaintiff filed a sixth motion to compel.  Defendants have not filed an opposition or statement of non-opposition to these motions.  Local Rule 230(l).

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motions within **thirty (30) days** from the date of service of this order; and

///

2. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:**   **July 5, 2011**            /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE