# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUCHINS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00456-OWW-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF BRIEFING SCHEDULE AND MOTION FOR EXTENSION OF TIME ON DISCOVERY SCHEDULE AS MOOT (ECF Nos. 54, 64)<br><br>AMENDED SCHEDULING AND DISCOVERY ORDER (ECF No. 130)<br><br>Amended Pleading Deadline: 09/15/2011<br>Amended Discovery Deadline: 11/15/2011<br>Amended Pretrial Dispositive Motion Deadline: 01/13/2012 |

　　Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed March 11, 2009, against Defendants J. Huchins, J. Reynoso, M. Hacker, R. Roberson, C. Munoz, D. Daley, P. Perez, Pax, C. Morse, Omos, and Clausings for cruel and unusual punishment in violation of the Eighth Amendment. On July 22, 2011, the parties filed a stipulation to extend the discovery schedule. (ECF No. 130.)

　　Accordingly, it is HEREBY ORDERED that:

1. Based upon the stipulation of the parties, the scheduling order filed on September 22, 2010, is HEREBY AMENDED as follows:

　　a.　The deadline to file an amended pleading is extended to September 15, 2011;

　　b.　The deadline for the completion of all discovery, including filing motions to

1               compel, is extended to November 15, 2011;

2           c.  The deadline for filing pre-trial dispositive motions is extended to January 13,
3               2012; and

4           d.  A request for an extension of a deadline set in this order must be filed on or
5               before the expiration of the deadline in question, and will only be granted on
6               a showing of good cause;

7       2.  Plaintiff's motion for a stay of briefing schedule, filed March 3, 2011, is DENIED
8           as moot; and

9       3.  Plaintiff's motion for an extension of time on the discovery schedule, filed March 30,
10          2011, is DENIED as moot.

11      IT IS SO ORDERED.

12  **Dated:   August 1, 2011**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE