# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANIEL MANRIQUEZ,                              CASE NO. 1:09-cv-00456-LJO-BAM PC

                Plaintiff,                    ORDER TO SHOW CAUSE

     v.                                       TWENTY DAY DEADLINE

HUCHINS, et al.,

                Defendants.

_____/

On July 6, 2011, the Court ordered Defendants to file a response to Plaintiff's sixth motion to compel, motion to stay the briefing schedule, motion for a sixty day extension of time to conduct discovery, and motion to file an amended complaint within thirty days. Defendants did not file a response or otherwise respond to the order. On July 27, 2011, the Court ordered that, within thirty days, defense counsel pay sanctions of $16.80 for Plaintiff's costs in bringing his fifth motion to compel and $6.24 for Plaintiff's costs in bringing the motion to determine the sufficiency of Defendant Hacker's objections. (ECF No. 65.) On September 22, 2011, Plaintiff filed a motion to enforce the order of the court and requested additional sanctions. Defendants have failed to file an opposition or statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, within twenty days from the date of service of this order, Defendants shall show cause why sanctions should not issue for Defendants' failure to comply with the orders of the court.

IT IS SO ORDERED.

Dated:   __January 9, 2012__          _____/s/ **Barbara A. McAuliffe**_____
                                    UNITED STATES MAGISTRATE JUDGE