# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ, | CASE NO. 1:09-cv-00456-LJO-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S STATEMENT OF DISCOVERY NEEDED |
| v. | |
| HUCHINS, et al., | (ECF No. 184) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2012, an order issued denying Plaintiff's sixth, seventh, eighth, and ninth motions to compel and directing the parties to file statements of discovery needed within thirty days. Plaintiff filed a statement of discovery needed on February 14, 2012. (ECF No 184.) Defendants have failed to file a response to Plaintiff's statement.

The Court shall order that Defendants file a response within thirty days. The Court is cognizant that Defendants have not complied with prior orders to respond to motions to compel and notes that when Defendants' have filed a response to Plaintiff's motions to compel, they have been devoid of any attempt to address the issues raised by Plaintiff in the motions. Defendants are advised that the response must address the substance of each of Plaintiff's requests and failure to comply with this order may result in the imposition of sanctions on defendants, **including any and all sanctions available under Rule 37**.

///

1  Accordingly, it is HEREBY ORDERED that within thirty days from the date of service of
2  this order, Defendants shall file a response to Plaintiff's statement of discovery needed in compliance
3  with this order.
4  IT IS SO ORDERED.

5  **Dated:**   **March 2, 2012**           /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE