IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUCHINS, et al.,<br><br>    Defendants.<br>_____/ | 1:09-cv-00456 LJO BAM (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 213)<br><br>ORDER DISREGARDING PLAINTIFF'S LETTER<br><br>(ECF No. 214)<br><br>THIRTY-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2012, plaintiff filed a motion to extend time to file a reply to the opposition to motion for summary judgment and a letter to the court. The Court shall disregard the letter filed by plaintiff on June 29, 2012. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's letter, filed June 29, 2012, is DISREGARDED, (ECF No. 214);
2. Plaintiff's motion for an extension of time, filed June 29, 2012, is granted, (ECF No. 213); and

///

///

3. Plaintiff shall have thirty (30) days from the date of service of this order in which to file a reply to the opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated: **July 11, 2012**         **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE