# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HUCHINS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00456-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENAS<br><br>(ECF No. 238) |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Discovery in this action has closed and Plaintiff's motion for summary judgment, filed April 26, 2012, is pending. On September 26, 2012, Plaintiff filed a motion for the Court to send him twelve witness subpoenas. (ECF No. 238.)

After all dispositive motions have been decided, the Court will issue a scheduling order informing Plaintiff of the procedure and deadlines for obtaining the attendance of witnesses at trial. Accordingly, Plaintiff's motion for subpoenas is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated: September 28, 2012            /s/ **Barbara A. McAuliffe**
                                                            UNITED STATES MAGISTRATE JUDGE