# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUCHINS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00456-LJO-BAM PC<br><br>ORDER STRIKING DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, DECLARATION OF DEFENDANT HACKER, AND STATEMENT OF DISPUTED FACTS, AND RESPONSE AND PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DEFENDANTS' EVIDENCE, DECLARATION IN SUPPORT, AND OPPOSITION TO DEFENDANTS' OBJECTIONS<br><br>(ECF Nos. 202, 203, 204, 205, 216, 217, 218) |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2012, Plaintiff filed a motion for summary judgment, statement of undisputed facts, declaration in support of his motion, and request for judicial notice. (ECF Nos. 191-194.) On June 14, 2012, Defendants filed an opposition to the motion for summary judgment, declaration of Defendant Hacker, statement of disputed facts, response to Plaintiff's statement of undisputed facts, and objections to Plaintiff's motion for summary judgment. (ECF Nos. 202-206.) On June 27, 2012, Defendants filed an amended opposition to the motion for summary judgment, amended declaration of Defendant Hacker, amended statement of disputed facts, and amended response to Plaintiff's statement of undisputed facts to Plaintiff's motion for summary judgment. (ECF Nos. 209-212.) On July 9, 2012, Plaintiff filed evidentiary objections to Defendants' evidence submitted in support of the motion for summary judgment, a declaration in support of Plaintiff's evidentiary objections, and an

opposition to Defendant's objections to the evidence submitted in support of the motion for summary judgment. (ECF Nos. 216-218.) After receiving an extension of time, on July 31, 2012, Plaintiff filed a reply to opposition to the motion for summary judgment and objections to Defendants amended evidence in support of Defendants' opposition. (ECF Nos. 227, 228.)

    Based upon the filing of the amended documents, Defendants' opposition to the motion for summary judgment, declaration of Defendant Hacker, statement of disputed facts, and response, filed June 14, 2012, and Plaintiff's evidentiary objections to Defendant's evidence, declaration in support, and opposition to Defendants' objections, filed July 9, 2012, are HEREBY ORDERED STRICKEN FROM THE RECORD.

    IT IS SO ORDERED.

**Dated:   October 31, 2012**                              **/s/ Barbara A. McAuliffe**
                                                                          UNITED STATES MAGISTRATE JUDGE