# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HUCHINS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00456-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION AND VACATING PORTION OF ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTIONS TO EVIDENCE<br><br>(ECF Nos. 218, 244, 245) |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2012, Plaintiff filed a motion for summary judgment, statement of undisputed facts, declaration in support of his motion, and request for judicial notice. (ECF Nos. 191-194.) On June 14, 2012, Defendants filed an opposition to the motion for summary judgment, declaration of Defendant Hacker, statement of disputed facts, response to Plaintiff's statement of undisputed facts, and objections to Plaintiff's motion for summary judgment. (ECF Nos. 202-206.) On June 27, 2012, Defendants filed an amended opposition to the motion for summary judgment, amended declaration of Defendant Hacker, amended statement of disputed facts, and amended response to Plaintiff's statement of undisputed facts to Plaintiff's motion for summary judgment. (ECF Nos. 209-212.) On July 9, 2012, Plaintiff filed evidentiary objections to Defendants' evidence submitted in support of the motion for summary judgment, a declaration in support of Plaintiff's evidentiary objections, and an opposition to Defendant's objections to the evidence submitted in support of the motion for summary judgment. (ECF Nos. 216-218.)

After receiving an extension of time, on July 31, 2012, Plaintiff filed a reply to opposition to the motion for summary judgment and objections to Defendants amended evidence in support of Defendants' opposition. (ECF Nos. 227, 228.) On November 11, 2012, and order issued striking Defendants' opposition to the motion for summary judgment, declaration of Defendant Hacker, statement of disputed facts, and response, and Plaintiff's evidentiary objections to Defendant's evidence, declaration in support, and opposition to Defendants' objections. (ECF No. 244.) On November 15, 2012, Plaintiff filed a motion for reconsideration. (ECF No. 245.)

Plaintiff seeks reconsideration of the order striking his opposition to Defendants evidentiary objections in support of Plaintiff's motion to compel. Upon review of the record this document was stricken in error. Accordingly, IT IS HEREBY ORDERED that the portion of the order November 2, 2012, striking Plaintiff's opposition to Defendants' evidentiary objections is VACATED, and Plaintiff's opposition to Defendants' objections to evidence is restored to the record.

IT IS SO ORDERED.

**Dated:   November 16, 2012**               /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE