# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>HUCHINS, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00456-LJO-BAM PC<br><br>ORDER REQUIRING DEFENDANTS TO REPLY TO PLAINTIFF'S REQUEST FOR CLARIFICATION<br><br>(ECF No. 250)<br><br>FIFTEEN-DAY DEADLINE |

    Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2012, an order issued granting Plaintiff's motion to enforce the discovery and scheduling order and imposing sanctions. (ECF No. 248.) On December 12, 2012, Plaintiff filed a motion for clarification on whether it was implied that Defendants were to disclose the plan of operations. (ECF No. 250.)

    The documents which Plaintiff is requesting are the Program Status Report, Part B-Plan of Operation / Staff & Inmate Notification (CDCR 3022-B) which were issued from February 28, 2007, through March 9, 2007. Within fifteen days from the date of service of this order, Defendants shall file a response to Plaintiff's motion requesting disclosure of these documents addressing the availability of the documents and if they will be produced in response to Plaintiff's request.

    IT IS SO ORDERED.

Dated:   **December 18, 2012**          **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE