# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ, | CASE NO. 1:09-cv-00456-LJO-BAM PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| HUCHINS, et al., | (ECF Nos. 191, 194, 229, 247) |
| Defendants. | |

Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2012, the Magistrate Judge issued Findings and Recommendations, which recommended that (1) Plaintiff's request for judicial notice be denied (ECF No. 194); (2) Plaintiff's request to supplement his motion for summary judgment be granted (ECF No. 229); and (3) Plaintiff's motion for summary judgment be denied (ECF No. 191). The Court has considered Plaintiff's extensive objections to the Findings and Recommendation filed on December 26, 2012. (ECF No. 254.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on November 19, 2012, are adopted in full;

2. Plaintiff's request for judicial notice is DENIED;

3. Plaintiff's request to supplement his motion for summary judgment is GRANTED; and

4. Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:   **March 1, 2013**                    /s/  Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE