## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ, | Case No. 1:09-cv-00456-LJO-BAM PC |
| Plaintiff, | |
| vs. | |
| J. HUCHINS, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Daniel Manriquez, CDCR # K-78581, a necessary and material witness in a settlement conference in this case on January 30, 2014, is confined in Pelican Bay State Prison ("PBSP"), 5905 Lake Earl Dr., Crescent City, California 95532, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe via videoconference from PBSP on Thursday, January 30, 2014, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference via videoconference from PBSP at the date and time above, until completion of the settlement conference or as ordered by Judge McAuliffe.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, PBSP, P. O. Box 7000, Crescent City, California 95531:**

**WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe via videoconference from PBSP at the date and time above, until completion of the settlement conference or as ordered by Judge McAuliffe.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:   **December 19, 2013**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE