UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. HUCHINS, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-00456-LJO-BAM PC<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND DISCHARGING SECOND AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Munoz, Clausing, and Omos for excessive force in pepper spraying Plaintiff in violation of the Eighth Amendment; against Defendants Hutchins, Reynoso, Hacker, and Roberson for ordering that Plaintiff's property be removed from his cell and that Plaintiff be placed back into a contaminated cell without means to decontaminate from the pepper spray in violation of the Eighth Amendment; and against Defendants Morse and Paz for placing Plaintiff in the contaminated cell in violation of the Eighth Amendment.  This matter is set for trial on April 15, 2014.

　　　　In response to an order of the Court, the parties represented that a settlement conference would be beneficial in this matter.  Thereafter, on January 13, 2014, the Court set this matter for settlement conference before the undersigned on February 19, 2014, at 10:00 a.m.  (ECF No. 290.)  The Court originally scheduled Plaintiff to appear via videoconference.  (ECF No. 291.)  However, due to technical issues, the Court issued an amended order and writ of habeas corpus ad

testificandum to transport Plaintiff from Pelican Bay State Prison to this Court on February 19, 2014. The Court is informed that timely transport cannot be arranged.

Based on the inability to arrange for timely transport and the inability to utilize videoconference technology in this instance, IT IS HEREBY ORDERED as follows:

1. The settlement conference set for February 19, 2014, at 10:00 a.m. before the undersigned is VACATED;
2. The Second Amended Order & Writ of Habeas Corpus Ad Testificandum to transport Plaintiff for participation in the settlement conference is DISCHARGED;
3. The matter remains scheduled for a telephonic trial confirmation hearing on February 27, 2014, and a jury trial on April 15, 2014, before the Honorable Lawrence J. O'Neill; and
4. The Clerk of the Court is directed to serve a courtesy copy of this order on the litigation coordinator at Pelican Bay State Prison.

IT IS SO ORDERED.

Dated:   **February 18, 2014**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2