1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIEL MANRIQUEZ, | ) | Case No.: 1:09-cv-00456 -LJO-BAM PC |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO ADDRESS ASSIGNMENT TO A U.S. MAGISTRATE JUDGE FOR ALL PURPOSES |
| J. HUCHINS, et al., | ) ) | |
| Defendants. | ) ) ) | |

District judges in the Eastern District of California carry voluminous caseloads, the heaviest in the nation, and U.S. District Judge Lawrence J. O'Neill is unable to devote inordinate time and resources to individual cases and matters and must take measures to maximize limited judicial resources and staff.  As such, this Court ORDERS all parties to consider, and if necessary, to reconsider, consent to a U.S. Magistrate Judge to conduct all further proceedings, including trial.  The Magistrate Judges' availability is far more realistic and accommodating to parties than that of Judge O'Neill who must prioritize criminal and older civil cases over more recently filed civil cases.  This Court ORDERS the parties, no later than March 4, 2014, to file and serve papers to indicate whether each party consents to the conduct of all further proceedings by U.S. Magistrate Judge.  U.S. Magistrate consent forms are available on this Court's website.  If a party previously filed a form to consent to magistrate judge jurisdiction, they need not file another form.

1  Civil trials set before Judge O'Neill trail until he becomes available and are subject to
2  suspension mid-trial to accommodate criminal matters.  Civil trials are no longer reset to a later date if
3  Judge O'Neill is unavailable on the original date set for trial.  Moreover, this Court's Fresno Division
4  randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the
5  nation to serve as visiting judges.  In the absence of Magistrate Judge consent, this action is subject to
6  reassignment to a U.S. District Judge from outside the Eastern District of California.
7     The parties and counsel are encouraged to contact the offices of United States Senators Dianne
8  Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this
9  action.  For further information regarding handling of this action, the parties may contact attorney
10  Gary Green at (559) 499-5683 or email him at ggreen@caed.uscourts.gov.
11
12  IT IS SO ORDERED.
13  Dated:   **February 18, 2014**              /s/ Lawrence J. O'Neill
14                                                                    UNITED STATES DISTRICT JUDGE

2