**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HUCHINS, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00456-BAM PC<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>Date: **March 11, 2014, at 10:30 a.m.** |

On March 3, 2014, this action was reassigned to the undersigned for all purposes, including the trial and entry of final judgment. (ECF No. 321.) Jury trial in this matter currently is set for April 15, 2014.

At this time, the Court finds it appropriate to conduct a telephonic conference to discuss the status of this matter, including the telephonic trial confirmation hearing, the motions in limine hearing, settlement conference and trial.

Accordingly, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is set for March 11, 2014, at 10:30 a.m. in Courtroom 8 before the undersigned;
2. Defense counsel shall arrange a one-line conference call with Plaintiff and telephone the Court at (559) 499-5789; and

1

3. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Coordinator at Pelican Bay State Prison.

IT IS SO ORDERED.

Dated:   **March 4, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE