UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br>        Plaintiff,<br><br>v.<br><br>J. HUCHINS, et al.,<br>        Defendants. | Case No.: 1:09-cv-00456-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT DANIEL MANRIQUEZ, CDC # K-78581, AND HIS LEGAL PROPERTY<br><br>DATE: March 31, 2014<br>TIME: 9:00 a.m. |

Daniel Manriquez, inmate, CDC #K-78581, a necessary and material witness in a settlement conference in this case on March 31, 2014, is confined at Pelican Bay State Prison, P.O. Box 7000, Crescent City, California 95531, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, in Courtroom #25, at the U. S. District Court, 501 I. Street, Sacramento, California 95814 on March 31, 2014, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of Pelican Bay State Prison, P.O. Box 7000, Crescent City, California 95531**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, and from day to day until completion of the settlement conference, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  March 4, 2014         /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE