1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   DANIEL MANRIQUEZ,                          )   Case No.: 1:09-cv-00456-BAM PC
                                                )
12             Plaintiff,                       )   ORDER DIRECTING CLERK OF COURT TO
                                                )   RETURN PARTIAL FEES FOR ATTENDANCE
13        v.                                    )   OF UNINCARCERATED WITNESSES AT TRIAL
                                                )
14   J. HUCHINS, et al.,                        )
                                                )   ORDER GRANTING PLAINTIFF'S REQUEST
15             Defendants.                      )   FOR EXTENSION OF TIME TO SUBMIT FULL
                                                )   AMOUNT OF FEES FOR ATTENDANCE OF
16                                              )   UNINCARCERATED WITNESSES AT TRIAL
                                                )
17                                              )
                                                )
18                                              )   DEADLINE TO SUBMIT WITNESS FEES:
                                                )   **April 4, 2014**
19                                              )
                                                )
20                                              )
                                                )
21

22        Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma

23   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for trial on May 20,

24   2014.

25        On February 20, 2014, the Court granted Plaintiff's motion for the attendance at trial of

26   unincarcerated witnesses Thomas Holmes, Steve Cavagnaro, Dana Lloyd, Robert Lagner, K. Allison

27   and Dr. Nnenna Ikegbu.  The Court informed Plaintiff that to have Thomas Holmes, Steve Cavagnaro,

28   Dana Lloyd, Robert Lagner, and K. Allison served with summonses to testify at trial, he must submit a

1

1    money order made out to **each** witness in the full amount of $102.60 by March 13, 2014.  The Court

2    also informed Plaintiff that to have Dr. Nnenna Ikegbu served with a summons to testify at trial, he

3    must submit a money order made out to that witness in the amount of $651.33 by March 13, 2014.

4    (ECF No. 310.)

5        On March 11, 2014, Plaintiff submitted partial witness fees for Thomas Holmes, Dana Lloyd,

6    Steve Cavagnaro, Robert Lagner and K. Allison in the amount of $62.60 each.  Plaintiff previously

7    submitted partial witness fees in the amount of $40.00 each for the unincarcerated witnesses.  These

8    partial fees were returned by the Clerk of the Court.

9        As discussed at the telephonic status conference held on March 11, 2014, Plaintiff must submit

10   the **entire** fee, which includes the daily witness fee and mileage, for each unincarcerated witness that

11   he wishes to have attend trial.  The Court will not direct the United State Marshal to serve a subpoena

12   until after receiving the entire fee for a witness as set forth in the Court's February 20, 2014 order.

13   Therefore, the Court will direct the Clerk of the Court to return the partial fees received on March 11,

14   2014.  To allow for submission of the full amount of fees, Plaintiff's deadline to submit the requisite

15   money orders shall be extended to April 4, 2014.

16       Accordingly, IT IS HEREBY ORDERED as follows:

17       1.  The Clerk of the Court is directed to return the money orders for unincarcerated witnesses

18           submitted by Plaintiff on March 11, 2014; and

19       2.  Plaintiff's deadline to submit money orders in the full amount for each unincarcerated

20           witnesses to appear at trial is extended to April 4, 2014.

21

22   IT IS SO ORDERED.

23       Dated:   **March 12, 2014**          /s/ *Barbara A. McAuliffe*

24                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2