UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HUCHINS, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00456-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION SEEKING A SUBPOENA FOR WITNESS MICHAEL TORRES TO SECURE HIS ATTENDANCE AT TRIAL<br>(ECF No. 289) |

   Plaintiff Daniel Manriquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for jury trial on May 20, 2014.

   On December 12, 2013, Plaintiff filed the instant motion seeking a subpoena to secure the attendance of Michael Torres at trial.  Plaintiff indicated that Mr. Torres might be paroled before trial and would need a subpoena to appear at trial.  (ECF No. 289.)   On January 21, 2014, Plaintiff moved for the attendance of Inmate Michael Torres (P-98683) at trial.

   On March 12, 2014, the Court granted Plaintiff's motion for the attendance of Inmate Torres at trial.  According to information available to Court as of March 11, 2014, Mr. Torres remained incarcerated.  (ECF No. 336.)  Based on the Court's order and Inmate Torres' status, a separate

subpoena to secure his attendance at trial is unnecessary. The Court will issue the necessary writ of habeas corpus ad testificandum in order to secure Inmate Torres' attendance at trial.

Accordingly, Plaintiff's motion seeking a subpoena to secure the attendance of Michael Torres at trial is DENIED as moot.

IT IS SO ORDERED.

Dated:  **March 12, 2014**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE