UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. HUCHINS, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00456-BAM PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>SERVICE WITHIN 7 DAYS |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff has submitted the required fees made payable to the witnesses **Thomas Holmes, Steve Cavagnaro, Dana Lloyd, Robert Lagner, and K. Allison**, being commanded to appear at trial on May 21, 2014.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) Five completed and issued subpoenas to be served on:

        **Thomas Holmes**
        **900 Quebec Avenue**
        **Corcoran, CA 93212**

---

[1] Trial is scheduled to commence on May 20, 2014. By separate notice, Plaintiff requested that the witnesses be summoned to appear at trial on various days after jury selection. (ECF No. 347.) Plaintiff's request is partially granted. All witnesses identified in this order should appear and be available to testify on the second day of trial, May 21, 2014.

1

           **Steve Cavagnaro**
           **900 Quebec Avenue**
           **Corcoran, CA 93212**

           **Dana Lloyd**
           **900 Quebec Avenue**
           **Corcoran, CA 93212**

           **Robert Lagner**
           **900 Quebec Avenue**
           **Corcoran, CA 93212**

           **K. Allison**
           **900 Quebec Avenue**
           **Corcoran, CA 93212**

(2)    Five completed USM-285 forms;

(3)    One money order #21658768738 in the amount of $102.60, made payable to Thomas Holmes;

(4)    One money order #21658775411 in the amount of $102.60, made payable to Steve Cavagnaro;

(5)    One money order #21658775398 in the amount of $102.60, made payable to Dana Lloyd;

(6)    One money order #21658775400 in the amount of $102.60, made payable to Robert Lagner;

(7)    One money order #21658768727 in the amount of $102.60, made payable to K. Allison;

(6)    Six copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

2.    Within seven (7) days from the date of service of this order, the United States Marshal is directed to serve the subpoenas and checks in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.    The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within ten (10) days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **March 26, 2014**               /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE