UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>J. HUCHINS, et al.,<br><br>            Defendants. | Case No.: 1:09-cv-00456-BAM PC<br><br>ORDER RECALLING WITNESS FEES AND SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL<br><br>(ECF No. 348) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On March 16, 2014, Plaintiff submitted witness fees for Thomas Holmes, Steve Cavagnaro, Dana Lloyd, Robert Lagner, and K. Allison to appear at trial. On March 27, 2014, the Court directed the United States Marshal to serve theses witnesses with subpoenas for their appearance at trial on May 21, 2014, along with the witness fees submitted by Plaintiff. (ECF No. 347.)

On March 31, 2014, the parties participated in a settlement conference before the Honorable Kendall J. Newman. During the course of the settlement conference, the parties reached a verbal agreement to settle this matter. As a result, all remaining dates in this action, including trial, have been vacated. (ECF No. 352.)

///

///

1

Based on the settlement, the Court finds it appropriate to recall its March 27, 2014 order directing service of subpoenas and to order the return of witness fees to Plaintiff. Accordingly, IT IS HEREBY ORDERED as follows:

1. The March 27, 2014 order directing the United States Marshal to serve the subpoenas and witness fees in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure is HEREBY RECALLED;

2. The Clerk of the Court is directed to forward a copy of this order to the United States Marshal; and

3. Within ten (10) days following receipt of this order, the United States Marshals Service shall send the following money orders to the United States District Court, Eastern District of California:

   a. #21658768738 in the amount of $102.60, made payable to Thomas Holmes;
   
   b. #21658775411 in the amount of $102.60, made payable to Steve Cavagnaro;
   
   c. #21658775398 in the amount of $102.60, made payable to Dana Lloyd;
   
   d. #21658775400 in the amount of $102.60, made payable to Robert Lagner; and
   
   e. #21658768727 in the amount of $102.60, made payable to K. Allison; and

4. Upon receipt of the money orders, the Court shall direct their return to Plaintiff.

IT IS SO ORDERED.

Dated: **March 31, 2014**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE