UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. HUCHINS, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00456-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ORDER DIRECTING THE CLERK TO RETURN FEES<br>(ECF No. 355)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN WITNESS FEES<br>(ECF No. 348, 353) |

    Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff submitted witness fees payable to Thomas Holmes, Steve Cavagnaro, Dana Lloyd, Robert Lagner and K. Allison for their appearance at trial. Following receipt of the fees, on March 27, 2014, the Court directed the United States Marshal to serve these witnesses with subpoenas and the fees. (ECF No. 348.) Thereafter, on March 31, 2014, the parties participated in a settlement conference before the Honorable Kendall J. Newman. During the course of the settlement conference, the parties reached a verbal agreement to settle this matter. As a result, all pending dates in this matter were vacated, including trial. (ECF No. 352.)

    Based on the settlement, on March 31, 2014, the Court recalled its March 27, 2014 order directing service of the witness subpoenas and the witness fees. The Court also directed the United States Marshals Service to send Plaintiff's witness fees back to the Court, so that the fees could be

1

returned to Plaintiff.  (ECF No. 353.)  On April 2, 2014, the United States Marshals Service returned the witness fees in compliance with the Court's order.

On April 3, 2014, Plaintiff filed a motion requesting that the Court issue an order directing the Clerk or Marshal to return fees for the attendance of unincarcerated witnesses to his family.  Plaintiff explains that the case has settled and he no longer needs to call any witnesses at trial.  Plaintiff requests that the fees be returned to his mother, Martha Manriquez, or to his brother, Edward Manriquez.  (ECF No. 355.)  Martha Manriquez is listed as the payor on all five of the money orders submitted on behalf of Plaintiff for witness fees.  Accordingly, the fees shall be returned to Plaintiff's mother.

Based on the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for Court order to return witness fees is GRANTED; and
2. The Clerk of the Court is DIRECTED to return the following money orders to Plaintiff's mother, Martha Manriquez, at 11464 Old Bridge Ct., Fontana, CA 92337:
   a. #21658768738 in the amount of $102.60, made payable to Thomas Holmes;
   b. #21658775411 in the amount of $102.60, made payable to Steve Cavagnaro;
   c. #21658775398 in the amount of $102.60, made payable to Dana Lloyd;
   d. #21658775400 in the amount of $102.60, made payable to Robert Lagner; and
   e. #21658768727 in the amount of $102.60, made payable to K. Allison.

IT IS SO ORDERED.

Dated:   **April 3, 2014**                  /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE