UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>J. HUCHINS, et al.,<br><br>       Defendants. | Case No. 1:09-cv-00456-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ASSISTANCE TO OBTAIN AGREEMENT/CONTRACT FOR SIGNING AND PAYMENT AS MOOT  (ECF No. 360)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL INTERVENTION/ASSISTANCE RE: SETTLEMENT CONTRACT, AND REQUEST FOR CONFERENCE CALL (ECF No. 362)<br><br>TWENTY-ONE DAY DEADLINE |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 31, 2014, the parties participated in a settlement conference before the Honorable Kendall J. Newman.  During the conference, the parties reached a verbal settlement agreement and the terms of the settlement were read into the record.

    On May 27, 2014, Plaintiff filed a request for assistance to obtain the settlement agreement.  Plaintiff reported that he had been transferred and had not yet received a copy of the written settlement agreement for signature.  (ECF No. 360.)  Defendants did not respond to the motion.

    Subsequently, on June 19, 2014, Plaintiff filed the instant motion for judicial

intervention/assistance regarding the settlement conference and a request for a conference. Plaintiff reports that he received a written settlement agreement and release forms from defense counsel, but essentially contends that the proposed settlement agreement does not reflect the terms agreed upon by the parties at the settlement conference. (ECF No. 362.)

Based on Plaintiff's representation that he received a copy of the settlement agreement and release forms from defense counsel, his May 27, 2014 motion seeking assistance in obtaining a copy of the agreement is now moot and shall be denied. However, the Court finds it appropriate to direct Defendants to file a response to Plaintiff's June 19, 2014 regarding the written settlement agreement.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for assistance to obtain the settlement agreement, filed on May 27, 2014, is DENIED as moot; and
2. Defendants shall file a response to Plaintiff's request for judicial intervention/assistance, filed on June 19, 2014, within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

Dated: **June 19, 2014**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE