UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ, | No. 1:09-cv-0456 BAM P |
| Plaintiff, | |
| v. | ORDER |
| J. HUTCHINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On June 19, 2014, plaintiff filed a motion for judicial intervention regarding the settlement entered before the undersigned on March 31, 2014. On June 20, 2014, the assigned magistrate judge directed defendants to file a response. In the meantime, on June 20, 2014, plaintiff filed two additional motions concerning the settlement. On July 8, 2014, defendants filed an opposition, and on July 21, 2014, plaintiff filed a reply.

The undersigned has reviewed the parties' filings. There appears to have been some miscommunications and inadvertent errors in completing the terms of settlement, some of which were compounded by plaintiff's transfers to other penal institutions. However, it appears that the parties are presently working out the terms of settlement. Accordingly, plaintiff's motions to enforce the settlement are premature and are denied. However, defendants are required to file, within thirty days, a status report regarding completion of this settlement. If plaintiff disagrees

with facts contained within the status report, plaintiff may file objections within twenty-one days thereafter.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions (ECF Nos. 362, 364, 365) are denied without prejudice; and

2. Within thirty days from the date of this order, defendants shall file a status report regarding completion of the settlement herein; plaintiff's objections, if any, may be filed twenty-one days thereafter.

Dated: July 24, 2014

/manr0456.setenf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE