1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL MANRIQUEZ,                         No.  1:09-cv-0456 BAM P

12              Plaintiff,

13        v.                                   ORDER

14   J. HUTCHINS, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel.  On July 24, 2014, the parties were

18   directed to file status reports concerning completion of the settlement herein.  On August 22,

19   2014, defendants filed a status report, and on August 28, 2014, filed an amended status report.

20   On September 5, 2014, plaintiff filed objections to defendants' status report.

21        Plaintiff's objections are well taken.  This case settled on March 31, 2014.  The delay in

22   resolving settlement of this case is unusual, and defendants' recent status report claims that the

23   settlement package "will now be sent from CDCR" and "once the settlement package leaves

24   CDCR's hands," but fails to provide a date certain by which the package was sent.  (ECF No. 370

25   at 1.)  If the package has not yet been sent, counsel should consider hand delivery.

26        That said, as counsel notes, once the settlement package leaves the CDCR, the CDCR

27   does not control the progression of the review process which leaves to the issuance of the

28   settlement check.

                                         1

1   However, due to the delay herein, counsel for defendants is ordered to take whatever steps

2   possible to ensure prompt resolution and payment of the settlement herein.  Counsel shall file,

3   within thirty days, a status report setting forth what steps were taken to expedite resolution of this

4   settlement.  No response by plaintiff is required.  While the court will not direct that plaintiff be

5   paid the settlement proceeds on or before October 1, 2014, the court does not anticipate that it

6   will take another five months to resolve this matter, and expects that defense counsel will monitor

7   and encourage the prompt processing and payment of the settlement proceeds from this point

8   forward.

9   Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this

10  order, defendants shall file a status report as set forth above.

11  Dated:  September 9, 2014

12

13  /manr0456.setenf2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2