UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MANRIQUEZ, | No. 1:09-cv-0456 BAM P |
| Plaintiff, | |
| v. | ORDER |
| J. HUTCHINS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel. On September 10, 2014, defendants were directed to file, within thirty days, a status report setting forth what steps were taken to expedite resolution of the settlement reached on March 31, 2014, because the delay in resolving such settlement is unusual. Thirty days have now passed, and defendants have not filed a status report. Moreover, on October 23, 2014, plaintiff filed a response in which he states that as of October 20, 2014, he still has not received the settlement proceeds.

    Accordingly, IT IS HEREBY ORDERED that, within fourteen days from the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to comply with this court's September 10, 2014 order.

Dated: October 28, 2014

/manr0456.setenf3

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1